IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCIS SEID, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | 8:05cv207 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES REEVES, et al., | ) | |
| | ) | ORDER |
| Defendant(s), | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by May 26, 2005, file their Report of Parties' Planning Conference.

DATED May 9, 2005.

/s/ David L. Piester

United States Magistrate Judge