```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| FRANCIS SEID and BEVERLY SEID, | ) ) ) | |
| Plaintiffs, | ) ) | 8:05CV207 |
| v. | ) ) | |
| JAMES R. REEVES, and RENT-ALL EQUIPMENT COMPANY INCORPORATED OF ST. JOSEPH MISSOURI, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED,

The clerk is directed to remove filing number 53 from the public docket sheet and file it as a sealed pleading pursuant to the E-Government Act.

DATED this 2nd day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge